447 A.2d 667

Southeast National Bank v. Geary, et al.

Appeal of Paul A. Geary and Joseph E. Geary
and D'Antonio.

Argued December 7, 1981. Robert E. Surrency, for appellant; Steven H. Palmer, for appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The order of the court is affirmed.